**Jason Ashant'e FLOYD,**
**Plaintiff–Appellant,**

v.

**CITY OF NEWPORT NEWS; Commonwealth's Attorney's Office; Police Department, Defendants–Appellees.**

No. 06–7479.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 27, 2006.

Jason Ashant'e Floyd, Appellant Pro Se.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason Ashant'e Floyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Floyd v. City of Newport News,* No. 2:06–cv–00274–WDK (E.D.Va. July 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*